PD-0789-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/25/2015 1:52:37 PM
Accepted 6/29/2015 1:38:35 PM
ABEL ACOSTA
CLERK

ORAL ARGUMENT HAS NOT BEEN SCHEDULED
IN THE STATE OF TEXAS CRIMINAL COURT OF
APPEALS

| | | |
|---|---|---|
| ANTONIO MEJIA RUIZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-14-00026-CR |
| | ) | |
| THE STATE OF TEXAS | ) | |
| Respondent. | ) | |

## PETITIONER'S UNOPPOSED MOTION FOR A LIMITED EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW REQUESTING EXTENSION FROM JUNE 28, 2015 TO JULY 28, 2015

The undersigned counsel of record for Petitioner respectfully moves this Court to extend, by thirty additional days, to and including July 28, 2015, the time for filing the Petition for Discretionary Review for Petitioner. Respondents' counsel does not object to this motion. In support of this motion, the undersigned states:

1.  The undersigned was only recently contacted by the family of the petitioner to be retained as the appellate attorney.

2.  The undersigned has not received all of the relevant court documents from the previous appeal proceedings and the trial court record and transcript.

For the foregoing reasons, Petitioner respectfully prays the Court to grant this motion.

FILED IN
COURT OF CRIMINAL APPEALS

June 29, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,


/s/Jeffrey C. Grass
Jeffrey C. Grass
Jeffrey C. Grass & Associates
101 E. Park Blvd., Suite 107
Plano, Texas  75074
Tel: (972) 422-9999
Fax: (972) 423-2646
June 25, 2015          Jeff@Grasslaw.com

## CERTIFICATE OF SERVICE

I, Jeffrey C. Grass, hereby certify that I electronically filed the foregoing Petitioner's Unopposed Motion for an Extension of Time to File with the Clerk of this Court, by using the appellate CM/ECF system, on June 25, 2015. I certify further that Counsel for the Respondents are registered as a CM/ECF user and that service will be accomplished by the appellate CM/ECF system.

/s/Jeffrey C. Grass
Jeffrey C. Grass
*Counsel for Petitioner*

CM/ECF service will be provided to:

John Rolater
*Chief of the Appellate Division*
Collin County District Attorney Appellate Division
2100 Bloomdale Road, Suite 100
McKinney, TX 75071
(972) 548-4323
jrolater@co.collin.tx.us
*Counsel for the Respondents*